IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PAUL ALLEN,                                Civ. No. 04-1880-HO

       Plaintiff,                       ORDER

  v.

Commissioner of Social Security,

       Defendant.

Plaintiff filed this action for review of the decision of the Commissioner denying his application for a period of disability and disability insurance benefits.

## Discussion

The court ordered plaintiff to file his brief or show cause in writing why this action should not be dismissed for want of prosecution. Plaintiff filed a document, which the clerk's office identified on the electronic docket sheet as "plaintiff's brief." ECF/CM [#32]. The document, signed by plaintiff, reads as follows.

> I can not file a brief. Here is my complaint in
> support of other complaint. I have been turn[ed] down
> for Social Security lots of time[s] and each and
> eve[r]y time my body has only worsen[ed] and I have
> been taking fewer [hours] if and when I can find part-
> time work[.] The [third] time a hearing was held I was
> sent back to part-time work[;] after a year my back
> went[.] The [second] hearing Social Security knew what
> part-time work did and yet sent me back to work
> again[.] [Now] Social Security say[s] I can do full-
> time[.] I do not understand [their] reason. I hurt my
> [groin] while working and while clean[ing] my room I
> rip[p]ed a seal inside my body[.] How can I do part or
> full-time when just small working acts are hurting my
> body? That's all I have to say[.] Do as you will with
> the complaint[.] P.S. I now have to go for surgery.

ECF/CM [#32].

Plaintiff identifies no erroneous legal conclusions or factual findings by the administrative law judge (ALJ). The court has reviewed the ALJ's written decision, the record and defendant's brief. The ALJ's findings are supported by substantial evidence, and the decision is free of legal error.

## Conclusion

Based on the foregoing, the decision of the Commissioner is affirmed.

IT IS SO ORDERED.

DATED this __3rd__ day of November, 2006.

                                         s/ Michael R. Hogan
                                         United States District Judge